AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF Massachusetts _____

UNITED STATES OF AMERICA

V.

Ramon Diaz
38 Ashley Street, New Bedford, MA
DOB 10/13/57

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1801-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 26, 2004 in Bristol county, in the _____ District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

1) knowingly possess, in and affecting commerce, a firearm, to wit: a Rossi .357 caliber revolver and ammunition, after having been convicted of a crime punishable by more than one year in jail;

2) knowingly possess a controlled substance, to wit: cocaine, with the intent to distribute same;

3) knowingly possess and carry a firearm during and in relation to a drug trafficking crime as listed in count 2.

in violation of Title  18 and 21  United States Code, Section(s)  922(g)(1), 924(c)(1)(A); 841(a)(1) of T. 21

I further state that I am a(n)  ATF Special Agent  and that this complaint is based on the following
                                  Official Title

facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_Signature of Complainant_

Sworn to before me and subscribed in my presence,

06-23-2004 _____ at  Boston, Massachusetts
Date                                                City and State

Charles B. Swartwood
United States Magistrate Judge      _Signature of Judicial Officer_
Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.