AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RAMON DIAZ
38 Ashley Street, New Bedford, MA

**WARRANT FOR ARREST**

CASE NUMBER: 04-1801-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest                    RAMON DIAZ
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
felon in possession of a firearm; possession with intent to distribute cocaine, and possession and carrying of a firearm during a drug trafficking crime

in violation of
Title   18 and 21   United States Code, Section(s)   922(g)(1), 924(c)1)(A); 841(a)(1)

CHARLES B. SWARTWOOD
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

6-23-04 @ Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY
BY ARREST / ARRAIGNMENT ON 06/28/2004

DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER

DATE OF ARREST

This form was electronically produced by Elite Federal Forms, Inc.