UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JONATHAN MATOS AND )<br>RAMON DIAZ )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 04-CR-10237-NG<br><br>Violations:<br><br>21 U.S.C. §846 - Conspiracy to<br>   to Possess Cocaine with<br>   Intent to Distribute<br>21 U.S.C. §841(a)(1) -<br>   Possession of Cocaine<br>   with Intent to Distribute<br>18 U.S.C. §924(c)(1)(A) -<br>   Possession of a Firearm<br>   in Furtherance of a Drug<br>   Trafficking Crime<br>18 U.S.C. §922(g)(1) -<br>   Possession of a Firearm<br>   and Ammunition by a<br>   Convicted Felon<br>21 U.S.C. §853 - Forfeiture |

INDICTMENT

COUNT ONE:   21 U.S.C. §846 - Conspiracy to Possess Cocaine
             with Intent to Distribute

The Grand Jury charges that:

From on or about December 4, 2003, and continuing until on or about February 26, 2004, at New Bedford and elsewhere in the District of Massachusetts, and in Rhode Island,

**JONATHAN MATOS AND RAMON DIAZ,**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree, with each other to possess with intent to distribute and to distribute a quantity of cocaine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>:        21 U.S.C. §841(a)(1) - **Possession of Cocaine With Intent to Distribute**

The Grand Jury further charges that:

On or about February 26, 2004, in New Bedford, in the District of Massachusetts,

**JONATHAN MATOS AND RAMON DIAZ,**

defendants herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT THREE:</u>    18 U.S.C. 924(c)(1)(A)- **Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

The Grand Jury further charges that:

On or about February 26, 2004, in New Bedford, in the District of Massachusetts,

**JONATHAN MATOS AND RAMON DIAZ,**

defendants herein, did possess a firearm, to wit: a Rossi .357 caliber revolver, Model M971, bearing serial number F099216, and six rounds of .357 caliber ammunition, in furtherance of drug trafficking crimes, to wit: conspiracy to distribute and to possess with the intent to distribute a quantity of cocaine as charged in Count One of this indictment, and possession with the intent to distribute a controlled substance, as charged in Count Two of this indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

<u>COUNT FOUR</u>:     18 U.S.C. §922(g)(1) - **Possession of a Firearm by a Convicted Felon.**

The Grand Jury further charges that:

On or about February 26, 2004, in New Bedford, in the District of Massachusetts,

**RAMON DIAZ,**

defendant herein, did knowingly possess, in and affecting commerce, after having been convicted of a crime punishable by a term of imprisonment in excess of one year, a firearm and ammunition, to wit: a Rossi .357 caliber revolver, Model M971, bearing serial number F099216, and six rounds of .357 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## **CRIMINAL FORFEITURE ALLEGATION**

### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts One through Three,

**JONATHAN MATOS AND RAMON DIAZ,**

defendants herein, shall forfeit to the United States for its use and benefit any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

2. If any of the forfeitable property described in paragraph 1 above, as a result of any act or omission of the defendants -

   (a) cannot be located upon the exercise of due diligence;
   
   (b) has been transferred or sold to, or deposited with, a third party;
   
   (c) has been placed beyond the jurisdiction of the Court;
   
   (d) has been substantially diminished in value; or
   
   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described

in paragraph 1 of this paragraph.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further finds that:

1. Defendant Ramon Diaz was a career offender, as described in U.S.S.G. § 4B1.1, at the time that the offenses were committed.

A TRUE BILL

*[signature]*
FOREPERSON OF GRAND JURY

*[signature]*
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, August 11, 2004.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk
8/11/04 12:34

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.** II     **Investigating Agency** ATF

**City** New Bedford

**County** Bristol

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. O4-CR-10237-NG
Same Defendant X    New Defendant _____
Magistrate Judge Case Number 04-1800-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Jonathan Matos     **Juvenile** ☐ Yes   ☒ No

**Alias Name** _____

**Address** 342 Hathaway Boulevard, New Bedford

**Birth date:** ** ** 83   **SS#:** *** ** 4309   **Sex:** M   **Race:** Hispanic   **Nationality:** U.S.A.

**Defense Counsel if known:** John Devito    **Address:** 20 Eastbrook Road, Dedham, MA 02026

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** William H. Connolly    **Bar Number if applicable** 634501

**Interpreter:** ☐ Yes   ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes   ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

### Location Status:

**Arrest Date:** _____

☒ Already in Federal Custody as   pre-trial detainee   in   Plymouth
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☒ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 8/11/04     **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy) _____

**Name of Defendant**   Jonathan Matos

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. 846 | Conspiracy to Possess Cocaine w/ Int. to Dist | 1 |
| Set 2   21 U.S.C. 841(a)(1) | Possession With Intent to Distribute Cocaine | 2 |
| Set 3   18 U.S.C. 924(c)(1)(A) | Possess. F/A in Furtherance of Drug | 3 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

**District Court Case Number**  (To be filled in by deputy  _____

**Name of Defendant**    Jonathan Matos  _____

Matos JS 45.wpd - 3/13/02

JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** ATF

City    New Bedford      Related Case Information:    04-CR-10237-NG

County    Bristol

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant  X     New Defendant _____
Magistrate Judge Case Number    04-1801-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Ramon Diaz      Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address    38 Ashley Street, New Bedford

Birth date: ** ** 57    SS#: *** ** 8858    Sex: M    Race: W    Nationality: U.S.A.

Defense Counsel if known:    Richard Ivker      Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA    William H. Connolly      Bar Number if applicable    634501

Interpreter:   ☐ Yes   ☒ No      List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested      ☐ Regular Process      ☒ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as    pre-trial detainee    in    Plymouth
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   4

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/11/04      Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy  _____

Name of Defendant     Ramon Diaz

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 846 | Conspiracy to Possess w/ Intent to Dist. Cocaine | 1 |
| Set 2 | 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute Cocaine | 2 |
| Set 3 | 18 U.S.C. 924(c)(1)(A) | Poss. of Firearm in Furtherance of Drug Traff. | 3 |
| Set 4 | 18 U.S.C. 922(g)(1) | Felon in Possession | 4 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

District Court Case Number  (To be filled in by deputy  _____

Name of Defendant     Ramon Diaz  _____

Diaz JS 45.wpd - 3/13/02