FIRST DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

DOCKET NO. 04-10237-MG

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) |
| | ) |
| RAMON DIAZ, | ) |
| | ) |
| Defendant | ) |

## NOTICE OF WITHDRAWAL

Notice is hereby provided that as of August 31, 2004, Richard Ivker is suspended from the practice of law for a period of two years. Richard Ivker is disqualified from acting as a lawyer after September 30, 2004. Copies of the notices sent to his client and to counsel for all parties pursuant to SJC Rule 4:01, sec. 17(1)(c) and (d) are attached hereto.

Ramon Diaz currently resides at: Dedham County House of Corrections
200 West St.
Dedham MA, 02027

Dated: September 26, 2004

_____
Richard Ivker
BBO# 248270
79 Rock Ridge Rd.
Waltham, MA 02453
(617) 840-9820

FIRST DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

DOCKET NO. 04-10237-MG

|  |  |
|---|---|
| UNITED STATES | ) |
| v. | ) |
| RAMON DIAZ, | ) |
| Defendant | ) |

## CERTIFICATE OF SERVICE

I, Richard Ivker, hereby certify that on September 27, 2004 I caused the foregoing Notice of Withdrawal to be delivered via U.S. Mail (postage prepaid, certified mail, return receipt requested) to the above named defendant.

Dated: September 27, 2004

Richard Ivker

# NOTICE OF THE SUSPENSION OF RICHARD IVKER FROM THE PRACTICE OF LAW FOR TWO YEARS
## Supreme Judicial Court For Suffolk County
## No. BD2004-034

September 27, 2004

Certified Mail
Return Receipt Requested

Mr. Ramon Diaz
Dedham County House of Corrections
200 West St.
Dedham MA, 02027

**Re: United States v. Diaz**

Dear Mr. Diaz,

Notice is hereby provided that Richard Ivker, 183 State St., Suite 2, Boston, Massachusetts, 02109 is suspended from the practice of law in the Commonwealth of Massachusetts for a period of two years, effective on August 31, 2004. Richard Ivker may not accept any new retainer or engage as a lawyer for any person in any new case or legal matter of any nature.

Your file is available to you if you need it and you are welcome at any time to review or copy the file. If you need access to your file or an attorney retained by you has need for information concerning the file, you may contact me at my home address: 79 Rock Ridge Rd., Waltham, MA 02453, or through my attorney Robert Sheketoff, 1 McKinley Sq., Boston, MA 02109, (617) 367-3449, (617) 723-1710 FAX. My telephone number is (617) 840-9820.

If you do not have an attorney you should act promptly to obtain a new attorney or representative. In the meantime, it was a pleasure to have met you and to have had the opportunity to represent you. Good luck and best wishes.

Yours truly,

_____
Richard Ivker