# FINANCIAL AFFIDAVIT

## FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

☐ DISTRICT   ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

FOR: USA vs. Ramon Diaz

(Full name) Ramón Luis Díaz

☑ Felony
☐ Misdemeanor

1 ☐ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**LOCATION NUMBER:** filed in open court 10/7/04

**DOCKET NUMBERS**
Magistrate:
District Court: 04-10237-NG
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? $___
- IF NO, give month and year of last employment / How much did you earn per month $___
- If married is your Spouse employed? ☐ Yes ☑ No
- IF YES, how much does your Spouse earn per month $___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
- Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No   IF YES, state total amount $300

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
- IF YES, GIVE VALUE AND DESCRIBE IT: VALUE $1500   DESCRIPTION: Mitsubishi '93

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS:
  ☐ SINGLE
  ☐ MARRIED
  ☐ WIDOWED
  ☑ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: Defendant is in custody and has been for 3½ months.

I certify the above to be correct.

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED): /s/

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.