UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|  | ) | |
| v. | ) | Criminal No. 04-110237-NG |
|  | ) | |
| JONATHAN MATOS AND | ) | |
| RAMON DIAZ | ) | |

JOINT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME

The parties respectfully request a continuance of the Initial Status Conference, currently scheduled for October 27, 2004. As grounds for this motion, the parties state that counsel for Ramon Diaz was recently appointed to replace prior counsel. As a result, the parties have not had an adequate opportunity to discuss the issues and the course of the case. In addition, newly appointed counsel has a scheduling conflict and is unable to attend on October 27, 2004.

In addition, for the above-stated reasons, the parties respectfully request that the time commencing on October 27, 2004 and concluding on the date set for Initial Status Conference be excluded pursuant to 18 U.S.C. §3161(h)(8)(A).

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney,<br>By: | JONATHAN MATOS<br>By His Attorney, |
| /s/ William H. Connolly<br>WILLIAM H. CONNOLLY | /S/ John Devito (WHC)<br>JOHN DEVITO |

-1-

Respectfully submitted,

RAMON DIAZ
By His Attorney


/s/ Ray O'Hara (WHC)


DATE:     OCTOBER 27, 2004