UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-1801-CBS

UNITED STATES )
)
VS. )
)
RAMON DIAZ ET AL. )

## MOTION FOR PRISONER RELEASE

Now comes defendant, Ramon Diaz, and hereby requests that this Honorable Court release the defendant immediately.

As reason therefor, defendant states that he is incarcerated without an attorney; that Attorney Richard Ivker was representing him, but said attorney informed defendant by letter on September 27, 2004 that he was suspended from practicing law; that the court was also informed that Attorney Ivker was suspended from practicing law and was no longer representing defendant; that the defendant, on October 14, 2004 was at U.S. District Court in Worcester where he submitted an affidavit of indigency and made a request that he be appointed a public defender attorney; that the court stated that a public defender would be appointed from Boston, since the case was going to be transferred to Boston; that to date no public defender attorney has been appointed to represent defendant; that defendant is incarcerated without legal representation, in violation of his civil rights; and that defendant requests that he be released immediately.

Defendant requests an immediate hearing on this matter, and incorporates by reference his accompanying "Motion for Hearing".

Date:                                          Respectfully submitted,

                                               _____
                                               Ramon Diaz
                                               N.C.C.C., PMD-8
                                               200 WEST ST.
                                               DEDHAM, MA 02027-0149