UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-1801-CBS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| VS. | ) |
| | ) |
| RAMON DIAZ ET AL. | ) |

MOTION FOR HEARING

Now comes defendant, Ramon Diaz, and hereby requests a hearing for his accompanying "Motion for Prisoner Release".

As reason therefor, defendant states that he is incarcerated without an attorney and requests an immediate release from incarceration.

Date:                                Respectfully submitted,

                                     /s/ Ramon Diaz
                                     Ramon Diaz
                                     N.C.C.C., PMD-8
                                     200 WEST ST.
                                     DEDHAM, MA 02027-0149