UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 04-10237-NG** |
| JONATHAN MATOS and ) | |
| RAMON DIAZ, ) | |
| Defendants, ) | |

**INITIAL STATUS REPORT**
**November 10, 2004**

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Gertner, J. to whom this case is assigned:

1. Discovery

The Government has produced discovery in this case, but since successor counsel has only recently been appointed to represent Mr. Diaz, counsel for the parties have requested additional time to not only review the discovery produced by the Government, but to discuss the case among themselves. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on December 8, 2004, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

I am excluding from the Speedy Trial Act, the period from September 29, 2004 (date of expiration of prior order of excludable time) through December 8, 2004 (date by which discovery in this case should be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, February 16, 2005</u>.

/s/Charles B. Swartwood, III<br>
CHARLES B. SWARTWOOD, III<br>
MAGISTRATE JUDGE