UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                      )<br>)<br>JONATHAN MATOS and      )<br>RAMON DIAZ,             )<br>       Defendants,      )<br>                        ) | **CRIMINAL ACTION**<br>**NO. 04-10237-NG** |

**ORDER OF EXCLUDABLE TIME**
November 10, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 29, 2004 (date of expiration of prior order of excludable time) through December 8, 2004 (date by which discovery in this case should be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE