# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
                                    )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
            v.                      )     CRIMINAL ACTION
                                    )     NO. 04-10237-NG
                                    )
                                    )
JONATHAN MATOS and                  )
RAMON DIAZ                          )
            Defendant               )
                                    )
```

## ORDER
## FEBRUARY 11, 2005

**SWARTWOOD, Chief M.J.**


This case has been drawn to a District Judge in Boston and that Judge has referred this case to me for all pretrial proceedings. Therefore, to avoid confusion, duplication of judicial resources and to guaranty a prompt response to all pretrial proceedings, all pleadings in this case shall be filed, either electronically or in the Worcester Clerk's Office until this case is returned to the District Judge in Boston.


/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE