1                    Organized Crime Intelligence Bureau
                            Case#99-OC-096

Date: 03/21/99                                              C.R.#99-04

To: Det. Sgt. Fredrick Borges #3239

Subject: SEARCH WARRANT EXECUTION AND ARREST REPORT- 1049 Pleasant Street
   DEFENDANTS: RAMON DIAZ DOB – 10/13/57
                IRIS TORRES DOB – 7/21/57

---

Sir, On Sunday, March 21, 1999 at approximately 0530 hrs. the undersigned, assisted by members of the New Bedford S.R.T. and State Police STOP team executed five search warrants 1049 Pleasant Street in the City of New Bedford, Massachusetts.

The undersigned, during pre-raid briefing, had instructed both the State Police and New Bedford Police Entry teams regarding this case. Both were given information regarding the targ of this investigation, which apartment they would be located in as well as the potential threat of firearms being present.

Once apartment # 6 was secured by the State Police STOP Team, Detectives Robert Richards, Robert Aguiar and Officer Dean Fredericks of the New Bedford Police entered the apartment. Secured in the apartment were Ramon Diaz DOB – 10/13/57 and Iris Torres DOB- 7/21/57. Both were listed targets for apartment # 6. A small child and a juvenile were also locate inside the apartment, both were released to family members a t the conclusion of this search.

Detective Robert Richard, evidence officer for apartment #6 advised Diaz and Torres of their rights according to Miranda and allowed them to view a copy of the search warrant. A sea of the apartment was then conducted. See Detective Richard's attached evidence report for a complete and detailed list of all evidence seized as a result of the search of apartment # 6 at 104 Pleasant Street.

Once the search of apartment # 6 was completed def.'s Diaz and Torres were transporte Police Headquarters where they were booked and offered use of the phone. As a result of evide seized as a result of this search def.'s Ramon Diaz and Iris Torres were charged with the follow

1. POSSESSION CLASS E SUBSTANCE W/INTENT TO DISTRIBUTE
2. POSSESSION OF A FIREARM
3. CONSPIRACY TO VIOLATE THE CONTROL SUBSTANCE LAWS.

| Commanding Officer | Investigating Officer | Div | in |
|---|---|---|---|
| *Sgt. Fred Borges* | *[signature]* | | |
| Det. Sgt. Fredrick Borges #3239 | Det. Dennis Ledo #3213 | O.( | B. |

A

PAGE #1

NEW BEDFORD POLICE DEPARTMENT
Organized Crime Intelligence Bureau
CASE # 98-OC-096

DATE: 03/21/99                                              C.R.# 99-000(

TO: Det.Lt.Melvin Wotton

SUB: Evidence Report for: # 1049 Pleasant St. (Apt-6)
                          New Bedford, Ma.

Sir,
         On Sunday, March 21, 1999 the undersigned
assisted Det.Dennis Ledo and other members of the Organized Crime
Intelligence Bureau in executing search warrants at # 1049
Pleasant St.in  New Bedford, Ma.

         The undersigned learned through a pre-raid
that Det.Ledo,the case investigator had secured search warrants
for five seperate apartments in this residence (Apts 1,2,6,9,10)
The undersigned was assigned to a raid team that would conduct
the search of the premises at apartment number six (6). Det.Ledo
gave indication that the target of this search was a Ramon Diaz
(Dob:10/1357) his wife, and a small child were also reported to
reside in the apartment.

         At approximately 05:30 hrs members of the
Massachusetts State Police, S.T.O.P. team lead by Trooper, Aaron
Washington made entrance to the residence by forceably breaking
a sliding glass door leading to the dining/living area on the
west side of the dwelling. Team members then went about the pro-
cess of securing the residence and those present. Once control
of the residence had been established members of the search team
were allowed to enter the premises. At that time Trooper Washingt(
informed the undersigned that the target, Ramon Diaz had been ob
served and secured in the residence bathroom area standing over a
"flushing toilet". Trooper Washington suggested that Mr.Diaz had
destroyed/disposed of any drugs which he had under his possession
at the time. Mr.Diaz wife, a two children had been secured in the
second floor west bedroom.

         Following this the occupants were assisted to
the ground floor level of the residence where they were advised
of thier rights and presented with a copy of the search warrant.
Due to a language barrier, Trooper Luis A. Santiago of the
S.T.O.P.team translated the advisement of Miranda rights in Spani
to both Ramon Diaz and his wife, Iris Torres. Trooper Diaz also
presented a copy of the search warrant to Ramon Diaz while ex-
plaining the warrants particulars. When he had finished neither

Commanding Officer                Evidence Officer                    Unit
Det.Lt.Melvin Wotton#3318         Det.Robert M.Richard#3752           O.C.I.B.

PAGE #2

NEW BEDFORD POLICE DEPARTMENT
Organized Crime Intelligence Bureau
CASE # 98-OC-096

DATE: 03/21/99                                                C.R.# 99-0000

TO: Det.Lt.Melvin Wotton

SUB: Evidence Report for: # 1049 Pleasant St. (Apt-6)
                          New Bedford, Ma.

defendant had any questions regarding the warrant and stated they understood its particulars.

At this time I set-up an evidence station at the kitchen table. During the search of the premises I was responsible for recording and securing all of the evidence seized. The following is a compilation of all evidence seized, the location of the recovery, and the recovering detective.

1. One black leather wallet which was found to contain Eight hundred thirty-five dollars ($835.00) cash currency, identification cards, personal papers, and credit cards in the name of Ramon Diaz was recovered in the south bedroom by Det. Sgt.Albert Pacheco. Sgt.Pacheco also recovered an "Ericsson" cellular telephone, and an "Acculab" digital scale from the dresser top.

2. One hundred fifty-four dollars ($154.00) cash currency, a "Mass-EBT" card in the name of Iris Torres, a personal identification card in the name of Iris Torres Cruz and twelve "Klonazapan" tablets were found within a leather purse by Det.Robert Aguiar on the floor of the second floor south bedroom.

3. Several articles of correspondance were recovered by Ofc.Dean Fredericks on top of a stereo in the dining area of the residence. They include the following:

a. A Commonwealth Electric utlities services invoice directed to Iris Torres at # 1049 Pleasant St. (Apt.A-6) New Bedford

b. A letter of correspondance directed to Ramon L.Diaz at # 1049 Pleasant St. (Apt.6) from the Greater New Bedford Community Health Center.

c. A letter of correspondance directed to Margie Rodriguez at # 1049 Pleasant St. (Apt.6) New Bedford, from the Commonwealth of Massachusetts Division of Transitional Assistance.

d. A "Fleet Bank" statement of account di-

Commanding Officer                Evidence Officer                    Unit
Det.Lt.Melvin Wotton#3318         Det.Robert M.Richard#3752          O.C.I.B.

PAGE #3

NEW BEDFORD POLICE DEPARTMENT
Organized Crime Intelligence Bureau
CASE # 98-OC-096

DATE: 03/21/99          C.R.# 99-000(

TO: Det.Lt.Melvin Wotton

SUB: Evidence Report for: # 1049 Pleasant St. (Apt-6)
                          New Bedford, Ma.

rected to Ramon L. Diaz at # 1049 Pleasant St. (Apt.6)

    4. In a search of the kitchen area Ofc. Dean Fredericks recovered the following items:

    a. A box of (80 count) "Glad" brand sandwich bags.

    b. A "Bell-Atlantic" telephone services invoice directed to Ramon Diaz at # 1049 Pleasant. St. New Bedford, Ma. (Apt. 6)

    c. A "Fleet" bank correspondance directed to Ramon Diaz at # 1049 Pleasant St. (Apt. 6) regarding banking services.

    d. A Massachusetts Registry of Motor Vehicles registration renewal form directed to Alex Rodrigues (Torres) at the residence at # 1049 Pleasant St. (Apt.6) New Bedford, Ma.

    e. A "Commonwealth Utilities" service invoice for electric service at # 1049 Pleasant St. (Apt.6) directed to Iris Torres

    f. A set of keys with a "Stop & Shop" tag affixed. The keys were found to unlock the front east door to apartment # 6.

    5. In a search of a crawl space in the residences attic area Det.Robert Aguiar recovered a small white bag concealed in the attics insulation which was found to contain seven thousand one hundred-five dollars ($7105.00) in paper currency.

    6. Ofc.Dean Fredericks also recovered the following articles from the residences kitchen area in a kitchen cabinet.

    a. A Massachusetts driver license in the name of Alex Rodriguez (Dob: 06/04/78), (SSN: 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)

    b. A receipt made out to Alex Rodriguez for a "down payment" on a 1991 Pontiac Sunbird from the South

| Commanding Officer | Evidence Officer | Unit |
|---|---|---|
| Det.Lt.Melvin Wotton #3318 | Det.Robert M.Richard #3752 | O.C.I.B. |

PAGE #4

NEW BEDFORD POLICE DEPARTMENT
Organized Crime Intelligence Bureau
CASE # 98-OC-096

DATE: 03/21/99                                           C.R.# 99-000

---

TO: Det.Lt.Melvin Wotton

SUB: Evidence Report for: # 1049 Pleasant St. (Apt-6)
                          New Bedford, Ma.


End Auto Sales card dealership.

    c. A Massachusetts Uniform Citation issued to Alex Rodriguez (Dob:06/04/78)

    d. A folded sheet of white unlined paper with several monetary figures and notations written by hand on the paper.

    e. A tenant list for the residence at # 1049 Pleasant St. listing the names of various tenants and current as well as past due rent amounts.

    f. A letter of correspondance from the Epic Realty Associates directed to the tenants of # 1049 Pleasant St. regarding a tenant meeting to be held on September 23, 1997. With copies of the letter directed to Gordon Gomes, Kelly Pacheco, et.al.

    7. Officer Frederics also inspected two motor vehicles which were parked in numbered parking spaces directly outside of the residence. As a result the following items were seized.

    Articles seized from a Dodge Neon Sedan (color: Green) rented to Ramon Diaz:

    a. A set of keys affixed to an "Enterprise Rent-a Car" key ring. These keys were found on the kitchen counter in the residence. They were utilized to gain entry into the vehicle. A motor vehicle rental agreement for the vehicles rental was located in the glove compartment area. (Vehicle was rented to Ramon Diaz on March 16, 1999)

    b. Two (2) plastic wire mesh sifters, one bar of "Mannite" cutting agent, and one box containing approximately six hunred empty bags heroin bags were seized from under a spare tire in the trunk area of the motor vehicls by Ofc. Fredericks. These articles were concealed inside of a small black trash bag.

---

| Commanding Officer | Evidence Officer | Unit |
|---|---|---|
| Det.Lt.Melvin Wotton#3318 | Det.Robert M.Richard#3752 | O.C.I.B. |

PAGE #5

NEW BEDFORD POLICE DEPARTMENT
Organized Crime Intelligence Bureau
CASE # 98-OC-096

DATE: 03/21/99                                      C.R.# 99-000(

TO: Det.Lt.Melvin Wotton

SUB: Evidence Report for: # 1049 Pleasant St. (Apt-6)
                          New Bedford,Ma.

      8. A tan leather wallet containing an identification card in the name of Luis A. Resto was recovered by Det. Robert Aguiar in a bureau drawer in the west bedrooom.

      9. A black leather wallet containing a birth certificate in the name of Alex Ivan Rodriguez Torres, and a Socia Security Card in the same name was recovered by Det.Robert Aguair from an end table near the east door inside the residence. Det. Aguiar also recovered a photograph of a shirtless Hispanic male, and a PageNet pager from the end table.

      10. An "Intermatic" .22 caliber automatic firearm was recovered by Det.John Perreira in a partitioned area in the residences basement affixed with the identifying number "6" above the entrance. The firearm was concealed in the the ceiling area within a quantity of insulation.

      11. A portion of white folded,taped paper fashioned into a "brownie wrapper" ( street level term for a quantity of fifty bags of heroin) was recovered on the basement floor in the partitioned basement area (# 6) by Det.Kurt Dreher.

      Upon completion of the search the undersigned retained control of all of the evidence seized until arriving at the O.C.I.B. office. Once there the evidence was then initialed by the recovering detective. All of the narcotics evidence seized was furnished to Det.Lt.Melvin Wotton who placed same in the divisions locked drug evidence locker to await transportation for analysis. All currenyc was forwarded to Det.Lt.Wotton in the appropriate envelope. The firearm seized was forwarded to the departments Firearms Division along with the customary chain of custody form. All other evidence was given to Det.Dennis Ledo the case officer for future reference.

      Respectfully submitted,

| Commanding Officer | Evidence Officer | Unit |
|---|---|---|
| Det.Lt.Melvin Wotton#3318 | Det.Robert M.Richard#3752 | O.C.I.B. |

PAGE #6

NEW BEDFORD POLICE DEPARTMENT
Organized Crime Intelligence Bureau
CASE # 98-OC-096

DATE: 03/21/99                                              C.R.# 99-000

---

TO: Det.Lt.Melvin Wotton

SUB: Evidence Report for: # 1049 Pleasant St. (Apt-6)
                          New Bedford, Ma.

*[signature]*
Det. Robert M. Richard
O.C.I.B.

| Commanding Officer | Evidence Officer | Unit |
|---|---|---|
| Det.Lt.Melvin Wotton #3318 | Det.Robert M.Richard #3752 | O.C.I.B. |

PAGE #1

NEW BEDFORD POLICE DEPARTMENT
Organized Crime Intelligence Bureau
CASE # 99-OC-330

DATE: 08/07/99                                        C.R.# 99-149

TO: Det.Lt.Melvin Wotton

SUB: Evidence Report for: # 44 Reynolds St. (1st.flr)
                          New Bedford, Ma.

    Sir,
    On Saturday, August 07, 1999 the undersigned and other members of the Organized Crime Intelligence Bureau assist Det.Dennis Ledo in executing search warrants at # 44 Reynolds St., # 13 Hazard Ct., # 293 Collette St., and # 3131 Acushnet Ave. in New Bedford, Massachusetts. Search warrants were also executed for three motor vehicles as part of this investigation.

    During a pre-raid briefing Det.Ledo related that the targets of this particular investigation were a Ramon Diaz his wife, Iris Torres, her son, Alex Torres, and a Frnakie Matos. The Reynolds St. location being the principle residence of Mr.Diaz and Mrs. Torres. Members of the Southeastern Massachusetts Regional Anti-Crime Task Force also assisted New Bedford Detectives, taking part in the raids at various locations.

    The undersigned was assigned to the entry team and subsequently as the evidence officer at the # 44 Reynolds St. residence. At approximately 06:30 the raid was executed. Det. John Perreira rammed the residences exterior and interior door and entrance was made. Mr.Diaz was located in an east bedroom while Mrs.Torres was located in the residences bathroom. Both were quickly secured and escorted to the kitchen area of the residence. Three children were secured in a west bedroom and were also escorted to the kitchen area.

    Once the entire residence had been secured the undersigned presented copies of all the search warrants to Mr. Diaz and Mrs.Torres. Mr.Diaz was assisted with reviewing the warrant by his son, Luis Anthony Resto Torres (Dob:12/15/82) who is a sophomore high school student and is fluent in both English and Spanish. The undersigned also advised Mr.Diaz and Mrs.Torres of their rights per Miranda. Mr.Resto-Torres also assisted in the translation and recitation of these rights. When I had finished neither party gave any indication that they had any questions regarding the warrants contents or their rights. (At a point later in the search Mr.Diaz was observed visually reviewing the warrants while discussing the warrants contents with Mr.Resto-Torres.)

| Commanding Officer | Evidence Officer | Division |
|---|---|---|
| Det.Lt.Melvin-Wotton#3318 | Det.Robert M.Richard#3752 | O.C.I.B. |

B

PAGE #2

NEW BEDFORD POLICE DEPARTMENT
Organized Crime Intelligence Bureau
CASE # 99-OC-330

DATE: 08/07/99                                         C.R.# 99-149

TO: Det.Lt.Melvin Wotton

SUB: Evidence Report for: # 44 Reynolds St. (1st.flr)
                          New Bedford, Ma.

At this time members of the entry team began a search of the residence. The undersigned set-up and evidence station in the kitchen area of the residence. During the search of the residence I was responsible for recording and securing all of the evidence seized. The following is a compilation of all evidence seized, the location of the recovery, and the recovering detective.

1. Two hundred ten dollars ($210.00) cash currency was recovered from a wallet containing the identification of Ramon Diaz by Det.Robert Aguiar from a nightstand in the east bedroom.

2. A "Bell-Atlantic" telephone invoice directed to Ramon Diaz, at the residence at # 44 Reynolds St. was recovered by Det.Sgt.John Silva from atop a television in the east bedroom.

3. Fifty dollars ($50.00) cash currency was seized from a brown leather purse which contained identifications and personal belongings of the target, Iris Torres by Det.Robert Aguiar.

4. Six thousand nine hundred dollars ($6900.00) in cash currency was recovered by Det.Glenn Sousa concealed behind a 2x4 piece of wood in the east bedroom closet. This currency seizure was comprised of seven seperate bundles of money ( 6 bundles X $1000.00 per bundle/ 1 bundle X $900.00)

5. A brown leather daily planner/organizer containing personal identification and paperwork belonging to Iris Torres was recovered by Det.Sgt.John Silva atop a dresser in the east bedroom.

6. An inventory of the target, Ramon Diaz's motor vehicle (1984 Plymouth Voyager) parked directly in front of the residence was conducted by Det.Sgt.John Silva, and Det.Sgt. Arthur Shepheard fo the Fairhaven Police Department. The following

| Commanding Officer | Evidence Officer | Division |
|---|---|---|
| Det.Lt.Melvin Wotton#3318 | Det.Robert M.Richard#3752 | O.C.I.B. |

PAGE #3

NEW BEDFORD POLICE DEPARTMENT
Organized Crime Intelligence Bureau
CASE # 99-OC-330

DATE: 08/07/99                                       C.R.# 99-149

TO: Det.Lt.Melvin Wotton

SUB: Evidence Report for: # 44 Reynolds St. (1st.flr)
                          New Bedford, Ma.


articles were recovered:

        a. A Commonwealth of Massachusetts registry of Motor Vehicles vehicle registration for a 1984 Plymouth Voyager van (Ma.Reg. 8794-FY) in the name of Ramon Diaz, # 283 Collette St. New Bedford.

        b. A Commonwealth of Massachusetts registry of Motor Vehicles vehicle registration for a 1991 Chevrolet Coupe (color:red) (not registered) (* vehicle seized from storage area # 3131 Acushnet Ave.)

        c. A "Storage USA" receipt for storage Unit # 433 dated 07/06/99 directed to Frankie Matos at # 13 Hazard Ct. New Bedford.

        7. A "Storage USA" informational packet containing information, business hours and a rental agreement for storage unit # 226 (previously rented by the target Matos) was recovered by Det.Robert Aguiar from a dresser drawer in the east bedroom.

        8. A plastic yellow file box containing

Organized Crime Intelligence Bureau
Case#99-OC-330

Date: 08/07/99                                                                C.R.#99-1    4
To: Det. Sgt. A. Pacheco # 3379

Subject: SEARCH WARRANT EXECUTION & ARREST REPORT
LOC'S: 13 HAZARD COURT, 44 REYNOLDS STREET, 293 COLLETTE STREET, and 313 ACUSHNET AVENUE.
DEFENDANTS: Ramon Diaz 10/13/57, Iris Torres 7/21/57, Frankie Matos 9/5/80, and Alex Torres 6/4/77

---

Sir, On Saturday, August 7, 1999 the undersigned, assisted by members of the Organized Crime Intelligence Bureau and members of the South East Regional Drug Task Force executed search warrants for the following locations: 13 Hazard Court, 44 Reynolds St. first floor, 293 Collette Street first and second floor apartments, and 3131 Acushnet Avenue storage bay #433. Search warrants for the following motor vehicles were also executed as a result of this investigation: 1984 Plymouth Voyager Van – MA. Reg. 8794FY, 1997 Blue Hyundai Elantra – Ma Reg. 605EBC, and a 1996 Blue Toyota Corolla – Ma. Reg. 8176GG.

At approximately 6:30am members of the entry teams gained access and secured the followi 13 Hazard Court, 44 Reynolds Street-first floor, and 293 Collette Street first and second floor apartments. At approximately 7:30am the undersigned, Det. M. Wotton, Sgt. J. O'Neil ( Somerse P.D.), Sgt. A. Shepard (Fairhaven P.D.), and Ofc. D. Souza (Bristol County Sheriff) secured stor bay #433 located at 3131 Acushnet Ave..

As a result of the search of 13 Hazard Court and the 1996 Blue Toyota Corolla- Ma. Reg. 8176GG Frankie Matos was located. Several items were seized including: $204.00, personal paperwork addressed to Frankie Matos at 13 hazard Court, a key which was found to unlock stora bay #433 at 3131 Acushnet Avenue, a rental receipt dated 8/3/99 for storage bay #433 at 3131 Acushnet Avenue listed to Frankie Matos, and a certificate of title for a 1991 Chevrolet Camaro with Frankie Matos listed as the owner. This vehicle was later found inside storage bay #433 at 3131 Acushnet Avenue. See Detective Drehers attached evidence report for a detailed list of all evidence seized as a result of the search conducted at 13 Hazard Court. See also Detective P. Oliveira's attached report regarding statements made by Frankie Matos while at 13 Hazard Court.

As a result of the search of 44 Reynolds Street and the 1994 Plymouth Voyager Van – Ma. Reg. 8794FY Ramon Diaz and Iris Torres were located. Several items were seized including: $7,442.00, several pieces of correspondence addressed to Ramon Diaz and Iris Torres at 44 Reynolds Street and 293 Collette Street, a key which was found to unlock storage bay #433 at 313 Acushnet Avenue, key's found to unlock the 1991 Chevrolet Camaro inside this storage facility, key's found to unlock a small metal box in the rear of this Chevrolet Camaro( this box was found

---

| Commanding Officer | Investigating Officer | Divisio |
|---|---|---|
| *[signature]* | *[signature]* | |
| Det. Sgt. A. Pacheco#3379 | Det. Dennis Ledo #3813 | O.C.I.E |

2

Organized Crime Intelligence Bureau
Case#99-OC-330

to contain approximately 2100 bags of heroin, informational packet and receipts for Storage US at 3131 Acushnet Avenue and storage bay #433, certificate of registration for the 1991 Chevrolet Camaro located inside storage bay #433, several personal photos depicting the targets of this investigation at several different locations including 293 Collette Street – first floor, 13 Hazard Court, 44 Reynolds Street and at the storage facility at 3131 Acushnet Avenue seated in the 199 Chevrolet Camaro. See Detective R. Richards attached evidence report for a detailed list of all evidence seized as a result of the search at 44 Reynolds Street and the 1984 Plymouth Voyager – Ma. Reg 8794FY.

As a result of the search of 293 Collette Street first floor several items were seized includin 30 grams of pure heroin, a prescription bottle listed to Iris Torres at 13 hazard Court, several pie of correspondence listed to Ramon Diaz and Iris Torres at 44 Reynolds Street and 192 Collette Street – first floor, several personal photographs depicting the following: Ramon Diaz and Iris Torres seated inside the red Chevrolet Camaro outside storage bay #433, Ramon Diaz and Iris Torres seated outside 44 Reynolds Street, Frankie Matos and two unidentified females inside the first floor apartment of 1293 Collette Street, and several photos of the inside of 293 Collette Stre first floor. See Detective Duponts attached evidence report for a detailed list of all evidence seize as a result of the search of the first floor apartment at 293 Collette Street.

As a result of the search of the second floor apartment of 293 Collette Street Kelly Pacheco Alex Torres were located. See Detective Duponts attached evidence report for a detailed list of al evidence seized as a result of the search of this location and the 1997 Hyundai – Ma. Reg. 605 EBC.

During the search of 293 Collette Street, second floor the undersigned had an opportunity to speak with Kelly Pacheco. Ms. Pacheco, the boyfriend of Alex Torres indicated that she would lil to speak to the undersigned in private. Ms. Pacheco had already been read her rights according to Miranda prior to our speaking. Ms. Pacheco stated that she was afraid of losing her child if she go arrested. She informed the undersigned that there was a large quantity of pure heroin hidden somewhere on the first floor and that she had nothing to do with it. She stated that Alex was a use and she would often hear Alex, Ramon, Frankie, and Iris talking about drugs. She stated that whe they would talk about drugs in front of her they would all speak Spanish so she could not understand. Ms. Pacheco stated that she wasn't stupid and could understand what they were talkin about. Ms. Pacheco stated that she had heard Alex and Ramon talking about another place where they kept the drugs but did not know where it was.

See Det. Lt. M. Wotton's attached evidence report for a detailed list of all evidence seized as result of the Storage USA, storage bay #433.

Defendants Ramon Diaz, Iris Torres, and Alex Torres were transported to Police Headquarter where they were booked and offered use of the phone. Kelly Pacheco was not arrested.

| Commanding Officer | Investigating Officer | Division |
|---|---|---|
| Det. Sgt. A. Pacheco #3379 | Det. Dennis Ledo #3813 | O.C.I.E |

3                  Organized Crime Intelligence Bureau
                         Case#99-OC-330

   During the booking process Alex Torres confronted the undersigned. Mr. Torres indicated t        t
he wanted to speak to me regarding his arrest. I again read Alex Torres his rights according to
Miranda and asked if he still wanted to speak to me, Alex Torres stated that he understood his r    ts
and wanted to clear things up. During conversation with Alex Torres he informed me that he wa
heroin user and was currently seeking treatment at the methadone clinic. Alex Torres stated that
was no drug dealer and that his stepfather "Lucito" (Ramon Diaz) was responsible for him getti
arrested. Alex Torres admitted that I may have seen him deliver drugs but he was only doing it f
"Lucito" and the drugs were not his. Alex Torres repeatedly stated that he was no drug dealer an
that he new nothing of the operation being run by his stepfather and cousin Frankie Matos. He
stated that he would some times drop things off for "Lucito" to some of his friends for a little ex
money, but the stuff was not his and that's why we did not find anything in his apartment. Alex
Torres informed the undersigned that he still uses heroin and cocaine but is trying to get help for
addiction.

   As a result of this investigation the following motor vehicles were confiscated: 1991 Chevro
Camaro RS, 1996 Toyota Corolla, 1984 Plymouth Voyager Van, and a 1996 Yamaha Razz Scoo
These vehicles are currently located in the rear of New Bedford Police Headquarters building
located at 871 Rockdale Avenue.

   The undersigned met and spoke with the manager of Storage USA Mrs. N. Whitcomb in
regards to this investigation. See the attached report detailing this conversation.

   The undersigned met and spoke with the owner, Mr. John Pacheco of J & L Enterprises
located at 470 Dartmouth Street regarding the purchase of the 1991 Chevrolet Camaro, which wa
seized from, inside storage bay #433. See the attached report detailing this conversation as well as
statements regarding the purchase of this vehicle.

   As a result of this investigation these defendants were charged with the following:
   Ramon Diaz -  Trafficking in Heroin in excess of 28 grams (2 counts)
                 Trafficking in Heroin in excess of 28 grams w/in a school zone (2counts)
                 Conspiracy to violate the controlled substance laws
                 Unlawful possession of a firearm

   Iris Torres  -  Trafficking in Heroin in excess of 28 grams (2 counts)
                   Trafficking in Heroin in excess of 28 grams w/in a school zone (2 counts)
                   Conspiracy to violate the controlled substance laws
                   Unlawful possession of a firearm

Frankie Matos- Trafficking in Heroin in excess of 28 grams
               Trafficking in Heroin in excess of 28 grams w/in a school zone
               Conspiracy to violate the controlled substance laws
               Unlawful possession of a firearm

| Commanding Officer | Investigating Officer | Division |
|---|---|---|
| Det. Sgt. A. Pacheco#3379 | Det. Dennis Ledo #3813 | O.C.I.B. |

4

Organized Crime Intelligence Bureau
Case#99-OC-330

Alex Torres
- Conspiracy to violate the controlled substance laws
- Possession of a class D substance
- 5 outstanding felony default warrants

| Commanding Officer | Investigating Officer | Division |
|---|---|---|
| Det. Sgt. A. Pacheco #3379 | Det. Dennis Ledo #3813 | O.C.I.B. |