✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.
JONATHAN MATOS and RAMON DIAZ

**EXHIBIT AND WITNESS LIST**

Case Number: 04cr10237

| PRESIDING JUDGE GERTNER | PLAINTIFF'S ATTORNEY KIMBERLEY WEST | DEFENDANT'S ATTORNEY DeVITO/O'HARA |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER VALERIE O'HARA | COURTROOM DEPUTY JENNIFER FILO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | | | | DETECTIVE SHANE RAMOS |
| | X | 9/15/05 | X | X | Stipulated photo of deft. Building Permit for Bling Auto Detailing (1A) |
| | X | 9/15/05 | X | X | Stipulated photo of inside of Bling Auto Detailing garage (1B) |
| | X | 9/15/05 | X | X | Stipulated photo of inside of Bling Auto Detailing garage (1C) |
| | X | 9/15/05 | X | X | Stipulated photo of outside of Bling Auto Detailing garage (1D) |
| | X | 9/15/05 | X | X | Photo of driveway on Union Avenue, Cranston RI (2A) |
| | X | 9/15/05 | X | X | Photo of driveway on Union Avenue, Cranston RI (2B) |
| | X | 9/15/05 | X | X | Photo of sidewalk on Union Avenue, Cranston RI (2C) |
| X | | 9/15/05 | X | X | Surveillance Notes (3) |
| X | | 9/15/05 | | | NEW BEDFORD POLICE OFFICER MICHAEL CARIER |
| X | | 9/15/05 | | | DETECTIVE BLOUAN |
| | X | 9/15/05 | | | JESUS MENDOZA |
| | X | 9/15/05 | X | X | Building Permit for Bling Auto Detailing garage (4) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages