# Exhibit "A"

09/29/2005 07:37 FAX                                    @002

SEP-26-2005 01:09 PM    NB POLICE NARCOTICS

# The Commonwealth of Massachusetts
## Executive Office of Health and Human Services
### Department of Public Health
### State Laboratory Institute
### 305 South Street
### Boston, MA 02130-3597
### 617-983-6622

Mitt Romney
Governor
Ronald Preston
Secretary
Christina C. Ferguson
Commissioner

DATE RECEIVED: 03/04/2004
DATE ANALYZED: 03/29/2004

NO. 672538
I hereby certify that the substance                    MARKED: 672538
Contained in 1 plastic bag
Submitted by DET. MICHAEL MARTIN of the NEW BEDFORD POLICE DEPT.

Has been examined with the following results:
The substance was found to contain:
Cocaine, a derivative of Coca leaves, as defined in Chapter 94 C,
Controlled Substance Act, Section 31, Class B.

NET WEIGHT: 1.17 grams

DEFENDANT: MATOS, JONATHAN

ASSISTANT ANALYSTS: Daniela Frasca            Michael Lawler
                                              04/02/2004

Sworn and subscribed to before me this day, _____ of the Massachusetts
I know the subscribers to be assistant analysts of the Massachusetts
Department of Public Health.
                        12/10/2004

My Commission Expires _____            NOTARY PUBLIC

Chapter 111, Section 13 of the General Laws
This certificate shall be sworn to before a Justice of the Peace or Notary Public, and the jurat shall
contain a statement that the subscriber is the analyst or assistant analyst of the department. When
properly executed, I shall be prima facie evidence of the composition, quality, and the net weight of
the narcotic or other drug, poison, medicine, or chemical analyzed, or the net weight of any mixture
containing the narcotic or other drug, poison, medicine, or chemical analyzed, and the court shall take
judicial notice of the signature of the analyst or the assistant analyst, and of the fact that he/she is such.

Form CSS-83
(3-98)