# Exhibit "C"

12-4-03
111 Park St. Green Acura (Matos)
to Ya Club. Met w/ male in back.
To 11 Spruce St. Entered rear
door w/ key. Then to 69 Hazard St.
Left within minutes

12-10-03

Voyager parked, east side of Matos' apartment. Set up @ 111 Park St. Matos arrives in Acura briefly. Followed to 11 Spruce St. Matos enters rear door. Followed to Heritage Heights in Fall River. Unable to determine apt., brief stay followed home.

12-11-03

DIAZ & MATOS LEAVE MATOS' APARTMENT. TO YA CLUB. MET W/ MALE IN LOT. THEN TO RADIO SHACK ON KINGS HIGHWAY, MEET W/ MALE IN FRONT. THEN TO MATOS' PLACE. FOLLOWED TO ST. MICHAEL CLUB. MALE CAME OUT OF BAR GOT IN VEHICLE BRIEFLY. THEN TO DARTMOUTH MALL, PARKED BY THEATER. MALE PULLED UP IN GRY VAN (CON 294SM2) MET @ PASSENGER SIDE OF ACURA.

12-15-03

Acura @ 11 Spruce St. Matos & Diaz exit rear door. Matos driving. Followed to Parkdale. Matos enters apartment briefly. Then to Shawmut Village. Pulled behind vehicle (78XD18). Male got out of van to driver side of Acura. Then to Parkdale male on foot approached vehicle. Then to Osborne St. Met w/ male waiting in vehicle (1ONY20). Then to 38 Ashley St. Parked in rear entered rear door.

12-16-03

DIAZ @ GARAGES Country/Sawyer LEFT IN VOYAGER. MET W/ MALE @ CAR WASH ON NAUSET ST. MALE IN GOLD ALTIMA (2181-SV) BRIEF MEETING TRIED TO STAY W/ DIAZ, COUNTER SURVEILLANCE

12-30-03

MATOS & DIAZ IN PARK ST IN W/BI PT. CRUISER (RI HA260) TO 11 SPRUCE ST. THEN TO 38 ASHLEY ST. ENTERED REAR DOOR

01-05-04
IN PASSING NOTICED DIAZ 2
GARAGES ON CELL PHONE. TRIED TO
STAY w/ HIM, COUNTER SURVEILLANCE

01-08-04

MATOS LEAVING HIS APARTMENT (242x20) TO 11 SPRUCE ST. ENTERED REAR DOOR. THEN TO GARAGES. THEN TO MATOS' PLACE. BACK TO 11 SPRUCE ST. THEN TO AREA OF KEMPTON & LINDSEY ST MET W/ MALE IN PARKING LOT. THEN TO GARAGES. TO CAPE RIO MET W/ MALE IN LOT.

01-09-04
    OBSERVED DIAZ OPERATING A BUIC
3000 GT (89JS40) ON RT #18. FOLLOWED
TO 38 Ashley ST.

01-19-04

    OBSERVED MATOS ENTER 11 SPRUCE ST. OPERATING GOLD INTREPID (5033WP) FOLLOWED HOME.

02-06-04

Registration changes on vehicles. Voyager (329WCB) was on Pontiac. Mazda plate from Voyager. ~~Photo~~ Seeing vehicles around Matos' place.

02-07-04
MATOS & DIAZ @ 16 SPRUCE ST. OPERATING MAZDA. FOLLOWED TO VICTORIA ST. BRIEF STAY. THEN TO SATELLITE PULLED OVER TO SIDE OF ROAD MINI VAN PULLED UP (5841SV) MALE FROM VAN WENT TO PASSENGER WINDOW OF MAZDA. MAZDA THEN FOLLOWED TO TRAIN STATION.

02-23-04
MATOS & DIAZ OPERATING
A GREEN VOLVO (72MF04) MET
W/ 2 HISPANIC MALES IN PARKING
LOT OF CHINESE BUFFET