AO 98 (Rev. 8/85) Appearance Bond ⊕

# United States District Court

_____ DISTRICT OF _Massachusetts_ _____

UNITED STATES OF AMERICA
V.

_Raman Diaz_ _____
Defendant

**APPEARANCE BOND**

CASE NUMBER: _04-10237-NG_

Non-surety:    I, the undersigned defendant acknowledge that I and my . . .
Surety:    We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _500,000_ _____, and there has been deposited in the Registry of the Court the sum of
$_____ in cash or _Equity in properties: 177 Shawmut_ (describe other security.)
_Ave, New Bedford; 342 Hathaway Blvd, #35, New Bedford, MA_

The conditions of this bond are that the defendant _Ramon Diaz_ _____
(name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance
with any and all orders and directions relating to the defendant's appearance in this case, including appearance for
violation of a condition of defendant's release as may be ordered or notified by this court or any other United
States District Court to which the defendant may be held to answer or the cause transferred. The defendant is
to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying
any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review)
which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of
this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, pay-
ment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may
be declared by any United States District Court having cognizance of the above entitled matter at the time of such
breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon
motion in such United States District Court against each debtor jointly and severally for the amount above stated,
together with interest and costs, and execution may be issued and payment secured as provided by the Federal
Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on _3/23/06_ at _Boston, MA_
                                            Date                        Place

X Defendant _____  3-27-06    Address. _38 ashley ST 2N Floor NB MA_

Surety _Jesus Mendoza_ _____    Address. _177 Shawmut Ave N.B. MA_

Surety _____    Address. _177 Shamut Ave N3 MA_

Signed and acknowledged before me on _3/27/06_ _____
                                            Date

_M. McCoy_ _____
Judicial Officer/Clerk

Approved: _M. McCoy_ _____
            Judicial Officer