-UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAY -2  P 12: 11

UNITED STATES OF AMERICA

U.S. DISTRICT COURT
DISTRICT OF MASS.

V.

RAMON DIAZ

CRIMINAL ACTION NO. 04-10237-NG

**CERTIFICATE OF SERVICE**

I, Raymond A. O'Hara, appearing attorney for the defendant Ramon Diaz certify that true copies of the within Proposed Preliminary Jury Instructions have this day been hand delivered to the office of Kim West, Assistant United States Attorney, One Courthouse Way, Boston, MA and by first class mail, postage prepaid to John E. DeVito, Esq., 20 Eastbrook Road, Suite 304, Dedham, MA 02026 and to Gina.

DATED:   May 2, 2006

Raymond A. O'Hara, Esquire
1 Exchange Place, 3rd Floor
Worcester, MA  01608
(508) 831-7551
BBO #546366