UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

Criminal No. **04-10237-NG**

2006 MAY -2 P 12: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

V.

RAMON DIAZ

MOTION TO AMEND CONDITION OF RELEASE ON MAY 6, 2006

Notice is hereby given that RAMON DIAZ, defendant in the above named case, hereby moves that his condition of release be amended to permit him to attend a wedding on Saturday, May 6, 2006 in New Bedford, Massachusetts that will require him to be out of his residence until no later than 9:30 in the evening.

Date: May 2, 2006

Raymond A. O'Hara
MA. BAR #546366
1 Exchange Place
Worcester, MA 01608
508 831-7551

1