**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal No. 04-10237-NG** |
| **v.** | ) | |
| | ) | |
| **JONATHAN MATOS and** | ) | |
| **RAMON DIAZ** | ) | |
| | ) | |
| | ) | |

## <u>GOVERNMENT'S REVISED EXHIBIT LIST</u>

| <u>Exhibit No.</u> | <u>Description</u> |
|---|---|
| 1a. - 1__ | Photographs |
| 2. | Narcotics |
| 3. | Firearm |
| 4. | Videotape of Hide |
| 5. | Narcotics Certification |
| 6. | Firearm Certification |
| 7. | Registry of Motor Vehicle Documents |
| 8. | Enterprise Rental Documents |

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    <u>/s/ Kimberly P. West</u>
       KIMBERLY P. WEST
       Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

<u>/s/ Kimberly P. West</u>
Kimberly P. West
Assistant U.S. Attorney

Dated: May 7, 2006