UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
UNITED STATES OF AMERICA       )
                               )
      v.                       )   Criminal No. 04-10237-NG
                               )
JONATHAN MATOS and RAMON DIAZ, )
      Defendants.              )
_____ )
```

GERTNER, D.J.:

### JUDGMENT OF ACQUITTAL

On May 30, 2006, this Court allowed defendant Ramon Diaz's motion pursuant to Fed. R. Crim. P. 29(a) for a judgment of acquittal on all counts. Accordingly, the following judgment is hereby **ORDERED**:

THAT THE DEFENDANT RAMON DIAZ IS ACQUITTED ON COUNTS 1, 2, 3, and 4 IN THE INDICTMENT, CR 04-10237-NG.

SO ORDERED.

Dated: May 30, 2006

_____
NANCY GERTNER, U.S.D.J.