UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>    v.                                                         )<br>)<br>**JONATHAN MATOS and RAMON DIAZ,** )<br>     **Defendants.**                                  ) | Criminal No. 04-10237-NG |

**GERTNER, D.J.:**

<u>**ORDER RE: APPOINTMENT OF COUNSEL**</u>

Pursuant to 18 U.S.C. § 3006A(a)(1)(G), Attorney Oscar Cruz of the United States Federal Public Defender Office for the District of Massachusetts, 408 Atlantic Avenue, Boston, MA 02110 is hereby appointed to represent Elliot Cordero, a material witness held in custody in this case.

Accordingly, I **ORDER** that counsel be appointed.

**SO ORDERED.**

**Dated: May 30, 2006**                    <u>**s/ NANCY GERTNER, U.S.D.J.**</u>