# **DISCHARGE OF MORTGAGE**

THIS IS TO CERTIFY that a certain mortgage dated March 23, 2006 made by Jesús Mendoza and María Díaz to  The Clerk for the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, MA 02110 to secure the payment of the sum of  $14,000.00 (Fourteen Thousand Dollars and 00/100 Cents), recorded or registered on March 23, 2006 in the **Bristol County (Massachusetts)  Southern District  Registry of Deeds at Book 8055 Page 247** is **paid** or otherwise **satisfied** and **discharged** and may be discharged of record.

Property address:  Unit 35,  342 Hathaway Boulevard, New Bedford, Massachusetts

For **title** see deed from Antonio Diaz to Jesus Mendoza, Maria Diaz and Jonathan Matos dated March 16, 2005 and recorded in the  **Bristol County Southern District Registry of Deeds** at **Book  7458**, **Page 181**.

In witness whereof, this Discharge of Mortgage has been signed and sealed this _____ of _____, 2006.

X_____
Clerk/ Assistant Clerk, U.S. District
Court for the District of Massachusetts


COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

        On    this    the    _____    day    of    June,    2006,    before    me, _____, the undersigned Notary
(Name of Notary Public)

Public, personally appeared_____
Clerk/Assistant Clerk of the United States District Court for the District of Massachusetts, proved to me through satisfactory evidence of identity, which  was_____
        (Description of Evidence of Identity)
to be the person whose name was signed on the above document and who acknowledged that the contents of the above document are truthful and accurate to the best of his/her knowledge, information and belief and that signing the above document was his/her free act and deed in his/her capacity as

Clerk/Assistant Clerk of the United States District Court for the District Of Massachusetts and the free act and deed of the Clerk of the United States District Court for the District of Massachusetts.

_____
Signature of Notary Public


_____
Printed Name of Notary Public


My Commission Expires: _____

**DISCHARGE OF MORTGAGE**

THIS IS TO CERTIFY that a certain mortgage dated March 23, 2006 made by Jesús Mendoza and María Díaz to  The Clerk for the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, MA 02110 to secure the payment of the sum of  $24,000.00 (Twenty four Thousand Dollars and 00/100 Cents), recorded or registered on March 23, 2006 in the **Bristol County (Massachusetts)  Southern District  Registry of Deeds at Book 8055 Page 243** is **paid** or otherwise **satisfied** and **discharged** and may be discharged of record.

Property address:  177 Shawmut Avenue, New Bedford, Massachusetts

For **title** see deed from Steven M. Kelly to Jesus Mendoza and Maria Diaz dated September 15, 2003 and recorded in the  **Bristol County Southern District Registry of Deeds** at **Book  6525**, **Page 23**.

In witness whereof, this Discharge of Mortgage has been signed and sealed this _____ of _____, 2006.

X_____
 Clerk/ Assistant Clerk, U.S. District
 Court for the District of Massachusetts


COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

        On    this    the    _____    day    of    June,    2006,    before    me, _____, the undersigned Notary
(Name of Notary Public)

Public, personally appeared_____
Clerk/Assistant Clerk of the United States District Court for the District of Massachusetts, proved to me through satisfactory evidence of identity, which  was_____
        (Description of Evidence of Identity)
to be the person whose name was signed on the above document and who acknowledged that the contents of the above document are truthful and accurate to the best of his/her knowledge, information and belief and that signing the above document was his/her free act and deed in his/her capacity as Clerk/Assistant Clerk of the United States District Court for the District Of

Massachusetts and the free act and deed of the Clerk of the United States District Court for the District of Massachusetts.

_____
Signature of Notary Public


_____
Printed Name of Notary Public

My Commission Expires:   _____

## **CERTIFICATE OF SERVICE**

I, Raymond A. O'Hara, appearing attorney for the Defendant Ramon Diaz in this matter, hereby certify that true copies of the within Motion and attachments have this date been filed electronically with the Court.

DATED: June 5, 2006                    /s/Raymond A. O'Hara
                                        Raymond A. O'Hara, Esquire
                                        1 Exchange Place
                                        Worcester, MA  01608
                                        (508) 831 7551
                                        BBO #546366

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.