# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Jonathan Matos and
Ramon Diaz

WARRANT FOR ARREST

Case Number: 04-10237-NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Elliot Cordero**
                                       Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☒ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

For the reason that the testimony of the said individual is material in a criminal proceeding and it is impracticable to secure said individual's presence by subpoena.

You are further commanded to detain the said individual in custody until the said individual is discharged by the Court.

in violation of Title __18__ United States Code, Section(s) __3144__.

**Marianne B. Bowler**
Name of Issuing Officer

**United States Magistrate Judge**
Title of Issuing Officer

MARIANNE B. BOWLER U.S.M.J
Signature of Issuing Officer

May 14, 2006 @ Boston, MA
Date and Location

Bail fixed at $ _____  BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |