## DISCHARGE OF MORTGAGE

I, Sarah Allison Thornton, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Jesus Mendoza and Maria Diaz to the Clerk of the United States District Court for the District of Massachusetts, for property located at 342 Hathaway Boulevard, New Bedford, MA.. dated March 23, 2006 and recorded in the official records of the Bristol Southern District county Registry of Deeds at book 8055 and page 247 acknowledge satisfaction of the same.

Witness my hand and seal this __16__ day of __June__, 20__06__.

_____
Sarah Allison Thornton, Clerk
United States District Court
District of Massachusetts

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Date: __June 16, 2006__

Then personally appeared Sarah Allison Thornton, Clerk, and acknowledged the forgoing to be her free act and deed before me.

_____
Notary Public
My commission expires:

DEBORAH JEANNE KEEFE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 9, 2012