## DISCHARGE OF MORTGAGE

I, Sarah Allison Thornton, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Jesus Mendoza and Maria Diaz to the Clerk of the United States District Court for the District of Massachusetts, for property located at 177 Shawmut Avenue, New Bedford, MA. dated March 23, 2006 and recorded in the official records of the Bristol Southern District county Registry of Deeds at book 8055 and page 243 acknowledge satisfaction of the same.

Witness my hand and seal this 14 day of June, 2006

Sarah Allison Thornton, Clerk
United States District Court
District of Massachusetts

### COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Date: JUNE 16, 2006

Then personally appeared Sarah Allison Thornton, Clerk, and acknowledged the forgoing to be her free act and deed before me.

Notary Public
My commission expires:



DEBORAH JEANNE KEEFE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 9, 2012